### 3928. FRANZONI v. THE STATE.

HILL, C. J. 1. The verdict is strongly supported by the evidence, and no material error of law was committed.

2. There was no abuse of discretion in refusing a new trial because of alleged newly discovered testimony, as it would not probably produce a different result.             *Judgment . affirmed.*

           DECIDED MAY 7, 1912.

Conviction of manslaughter; from Pickens superior court— Judge Morris. November 29, 1911.

*Roscoe Pickett, Isaac Grant, Gober & Griffin,* for plaintiff in error.

*J. P. Brooke, solicitor-general,* contra.